Gregory J. Doan, 165174
DOAN LAW FIRM, LLP
635 Camino de los Mares, 100
San Clemente, CA 92673
(949)472-0593 FAX (949)472-5441

Attorney for Debtors, EDWARD NAVARRETE
TERRA NAVARRETE

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA - RIVERSIDE DIVISION

| | |
|---|---|
| IN RE: | EX PARTE MOTION TO VACATE ORDER DISMISSING CASE |
| Edward Navarrete, Terra Navarrete, | CASE NO. RS09-25465RN |
| DEBTORS. | HONORABLE JUDGE RICHARD NEITER |
| | CHAPTER SEVEN (7) |

EDWARD NAVARRETE and TERRA NAVARRETE (Debtors), through counsel, hereby request that the Order Dismissing their Chapter 7 Case be vacated and state as follows:

1. Debtors filed a bankruptcy petition pursuant to Chapter 7 of the Bankruptcy Code on July 9, 2009.

2, The case was manually filed over the counter at the Riverside Court House because ECF/Pacer was temporarily out of commission.

3. On or about August 7, 2009 the court issued an Order to Appear and Show Cause re: Dismissal with a hearing scheduled for October 6, 2009.

4. On or about August 12, 2009, the Debtors attended their 341a Meeting of Creditors which was concluded.

5. On August 13, 2009, the Debtors' Certificate of Credit Counseling and Certificate of Employment income were filed. Through inadvertence, the actual paystubs were not filed with the court

6. On August 19, 2009, the Chapter 7 trustee filed a Report of No Distribution.

7. On October 6, 2009, no appearance was made by the Debtors as they were under the belief that the deficiency had been cured.

8. On or about December 8, 2009, an Order Dismissing case was entered due to the missing paystubs.

9. Debtors hereby move this court to vacate the Order Dismissing their Chapter 7 case so that the requisite paystubs can be filed with the court. A copy of the "paystub" file is attached hereto as Exhibit "A."

10. The interests of justice would be served by vacating the Order Dismissing the Case to accord the Debtors the relief originally sought.

WHEREFORE, the Debtors requests that the Order Dismissing their Case be vacated to allow them to file their "paystubs" file and for such other and further relief as this court deems just and proper.

Dated: December 11, 2009          Respectfully submitted,


DOAN LAW FIRM, LLP



By:_____
GREGORY J. DOAN,
Attorney for Debtors

# EXHIBIT "A"

Jul 05 09 09:41p    TERRA & EDWARD NAVARRETE    9519284826    p.1

## AMES CONSTRUCTION, INC.

| CO. | DIV. |  | EMPLOYEE NUMBER/NAME | | STATE TAXED | PERIOD END DATE | DEPT./LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 01 | 000 | 17630 | EDWARD MATTHEW NAVARRETE | | CA | 06/27/2009 | 080501 | 482136 |

| EARNINGS | | | | DEDUCTIONS/BENEFITS | |
|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR HOURS | 36.00 | 40.670 | 1,464.12 | PENSION | 196.95 |
| OVERTIME HOURS | 3.00 | 61.005 | 183.03 | HEALTH/WELFARE | 310.05 |
| NON-TAX TRAVEL | | | 150.00 | VACATION/SUPPLM | 109.98 |
| BENEFITS | | | 646.23 | APPRNTICE TRAIN | 25.35 |
| | | | | ECCC | 3.90 |

| | CURRENT | 2,443.38 | 83.43 | 134.42 | 75.47 | 19.18 | 312.50 | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | YEAR-TO-DATE | 49,453.14 | 3,923.86 | 3,783.18 | 2,650.89 | 421.92 | 646.23 | ***1,484.65 |
| | | TAXABLE GROSS EARNINGS | FEDERAL WITHHOLDING TAX | F.I.C.A | STATE WITHHOLDING TAX | LOCAL WITHHOLDING TAX | TOTAL TAXES/ DEDUCTIONS | |

Jul 05 09 09:41p    TERRA & EDWARD NAVARRETE    9519284826    p.2

## AMES CONSTRUCTION, INC.

| CO. | CHK. | EMPLOYEE NUMBER/NAME | STATE TAXED | PERIOD END DATE | DEPT./LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|
| 01 | 000 | 17630  EDWARD MATTHEW NAVARRETE | CA | 06/20/2009 | 080501 | 480288 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR HOURS | 40.00 | 40.670 | 1,626.80 |
| OVERTIME HOURS | 4.00 | 61.005 | 244.04 |
| NON-TAX TRAVEL | | | 150.00 |
| BENEFITS | | | 729.08 |

### DEDUCTIONS/BENEFITS

| DESCRIPTION | AMOUNT |
|---|---|
| PENSION | 222.20 |
| HEALTH/WELFARE | 349.80 |
| VACATION/SUPPLM | 124.08 |
| APPRNTICE TRAIN | 28.60 |
| ECCC | 4.40 |

|  | | | | | | NET AMOUNT |
|---|---|---|---|---|---|---|
| CURRENT | 2,749.92 | 119.10 | 152.62 | 96.90 | 19.18 | 387.80 | 729.08 | ***1,633.04 |
| YEAR TO DATE | 47,696.01 | 3,840.43 | 3,648.76 | 2,575.42 | 402.74 | | | |
| | TAXABLE EARNINGS | FEDERAL WITHHOLDING TAX | F.I.C.A | STATE WITHHOLDING TAX | LOCAL WITHHOLDING TAX | TOTAL TAXES/DEDUCTIONS | | |

Jul 05 09 09:41p    TERRA & EDWARD NAVARRETE    9519284826    p.3

## AMES CONSTRUCTION, INC.

| CO. | DIV. | EMPLOYEE NUMBER/NAME | | STATE TAXED | PERIOD END DATE | DEPT./LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|
| 01 | 000 | 17630 | EDWARD MATTHEW NAVARRETE | CA | 06/13/2009 | 080501 | 478765 |

| EARNINGS | | | | DEDUCTIONS/BENEFITS | |
|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR HOURS | 40.00 | 40.670 | 1,626.80 | PENSION | 227.25 |
| OVERTIME HOURS | 5.00 | 61.005 | 305.05 | HEALTH/WELFARE | 357.75 |
| NON-TAX TRAVEL | | | 150.00 | VACATION/SUPPLM | 126.90 |
| BENEFITS | | | 745.65 | APPRNTICE TRAIN | 29.25 |
| | | | | ECCC | 4.50 |

| | CURRENT | 2,827.50 | 128.67 | 157.49 | 102.83 | 19.18 | 408.17 | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | YEAR TO DATE | 45,701.09 | 3,721.33 | 3,496.14 | 2,478.52 | 383.56 | 745.65 | ***1,673.68 |
| | | TAXABLE GROSS EARNINGS | FEDERAL WITHHOLDING TAX | F.I.C.A | STATE WITHHOLDING TAX | LOCAL WITHHOLDING TAX | TOTAL TAXES/ DEDUCTIONS | |

Jul 05 09 09:43p   TERRA & EDWARD NAVARRETE   9519284826   p.1

## AMES CONSTRUCTION, INC.

| CO. | DIV. | EMPLOYEE NUMBER/NAME | | STATE TAXED | PERIOD END DATE | DEPT./LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|
| 01 | 000 | 17630 | EDWARD MATTHEW NAVARRETE | CA | 06/06/2009 | 080501 | 477215 |

| EARNINGS | | | | DEDUCTIONS/BENEFITS | |
|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR HOURS | 40.00 | 40.670 | 1,626.80 | PENSION | 227.25 |
| OVERTIME HOURS | 5.00 | 61.005 | 305.05 | HEALTH/WELFARE | 357.75 |
| NON-TAX TRAVEL | | | 150.00 | VACATION/SUPPLM | 126.90 |
| BENEFITS | | | 745.65 | APPRNTICE TRAIN | 29.25 |
| | | | | ECCC | 4.50 |

| | CURRENT | 2,827.50 | 128.67 | 157.49 | 102.83 | 19.18 | 408.17 | NET AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | YEAR TO DATE | 43,642.34 | 3,592.66 | 3,338.65 | 2,375.69 | 364.38 | 745.65 | ***1,673.68 |
| | | TAXABLE GROSS EARNINGS | FEDERAL WITHHOLDING TAX | F.I.C.A | STATE WITHHOLDING TAX | LOCAL WITHHOLDING TAX | TOTAL TAXES/ DEDUCTIONS | |

Jul 05 09 09:43p  TERRA & EDWARD NAVARRETE  9519284826  p.2

## AMES CONSTRUCTION, INC.

| CO. | DIV. | EMPLOYEE NUMBER/NAME | STATE TAXED | PERIOD END DATE | DEPT./LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|
| 01 | 000 | 17630 EDWARD MATTHEW NAVARRETE | CA | 05/30/2009 | 080501 | 475421 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR HOURS | 32.00 | 40.670 | 1,301.44 |
| OVERTIME HOURS | 10.00 | 61.005 | 610.07 |
| NON-TAX TRAVEL | | | 120.00 |
| BENEFITS | | | 695.94 |

### DEDUCTIONS/BENEFITS

| DESCRIPTION | AMOUNT |
|---|---|
| PENSION | 212.10 |
| HEALTH/WELFARE | 333.90 |
| VACATION/SUPPLM | 118.44 |
| APPRNTICE TRAIN | 27.30 |
| ECCC | 4.20 |

| | FEDERAL WITHHOLDING TAX | F.I.C.A | STATE WITHHOLDING TAX | LOCAL WITHHOLDING TAX | TOTAL TAXES/DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|---|
| CURRENT | 124.35 | 155.29 | 100.16 | 19.18 | 398.98 | ***1,632.53 |
| YEAR TO DATE | 3,463.99 | 3,181.16 | 2,272.86 | 345.20 | 695.94 | |
| TAXABLE GROSS EARNINGS | 41,583.59 | | | | | |
| | 2,727.45 | | | | | |

Jul 05 09 09:43p    TERRA & EDWARD NAVARRETE    9519284826    p.3

## AMES CONSTRUCTION, INC.

| CO. | DIV. | EMPLOYEE NUMBER/NAME | STATE TAXED | PERIOD END DATE | DEPT/LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|
| 01 | 000 | 17630  EDWARD MATTHEW NAVARRETE | CA | 05/23/2009 | 080501 | 473952 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR HOURS | 40.00 | 40.670 | 1,626.80 |
| OVERTIME HOURS | 15.00 | 61.005 | 915.10 |
| NON-TAX TRAVEL | | | 150.00 |
| BENEFITS | | | 911.35 |

### DEDUCTIONS/BENEFITS

| DESCRIPTION | AMOUNT |
|---|---|
| PENSION | 277.75 |
| HEALTH/WELFARE | 437.25 |
| VACATION/SUPPLM | 155.10 |
| APPRNTICE TRAIN | 35.75 |
| ECCC | 5.50 |

|  | TAXABLE GROSS EARNINGS | FEDERAL WITHHOLDING TAX | F.I.C.A | STATE WITHHOLDING TAX | LOCAL WITHHOLDING TAX | TOTAL TAXES/DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| CURRENT | 3,603.25 | 264.38 | 206.32 | 162.19 | 19.18 | 652.07 | ***2,039.83 |
| YEAR TO DATE | 39,553.64 | 3,339.64 | 3,025.87 | 2,172.70 | 326.02 | 911.35 | |

Jul 05 09 09:43p    TERRA & EDWARD NAVARRETE    9519284826    p.4

## AMES CONSTRUCTION, INC.

| CO. | DIV. | EMPLOYEE NUMBER/NAME | | | STATE TAXED | PERIOD END DATE | DEPT./LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 01 | 000 | 17630 | EDWARD MATTHEW NAVARRETE | | CA | 05/16/2009 | 080501 | 470731 |

| EARNINGS | | | | DEDUCTIONS/BENEFITS | |
|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT |
| REGULAR HOURS | 40.00 | 40.670 | 1,626.80 | PENSION | 338.37 |
| OVERTIME HOURS | 27.00 | 61.005 | 1,647.15 | HEALTH/WELFARE | 532.67 |
| NON-TAX TRAVEL | | | 180.00 | VACATION/SUPPLM | 188.94 |
| BENEFITS | | | 1,110.25 | APPRNTICE TRAIN | 43.57 |
| | | | | ECCC | 6.70 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CURRENT | 4,564.20 | 466.31 | 264.91 | 233.42 | 19.18 | 983.82 | ***2,470.13 |
| YEAR TO DATE | 36,856.64 | 3,075.26 | 2,819.55 | 2,010.51 | 306.84 | 1,110.25 | |
| | TAXABLE GROSS EARNINGS | FEDERAL WITHHOLDING TAX | F.I.C.A | STATE WITHHOLDING TAX | LOCAL WITHHOLDING TAX | TOTAL TAXES/ DEDUCTIONS | NET AMOUNT |

Jul 05 09 09:43p    TERRA & EDWARD NAVARRETE    9519284826    p.5

## AMES CONSTRUCTION, INC.

| CO. | DIV. | EMPLOYEE NUMBER/NAME | | STATE TAXED | PERIOD END DATE | DEPT/LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|
| 01 | 000 | 17630 | EDWARD MATTHEW NAVARRETE | CA | 05/09/2009 | 080501 | 469251 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR HOURS | 40.00 | 40.670 | 1,626.80 |
| OVERTIME HOURS | 14.50 | 61.005 | 884.59 |
| NON-TAX TRAVEL | | | 150.00 |
| BENEFITS | | | 903.08 |

### DEDUCTIONS/BENEFITS

| DESCRIPTION | AMOUNT |
|---|---|
| PENSION | 275.23 |
| HEALTH/WELFARE | 433.28 |
| VACATION/SUPPLM | 153.69 |
| APPRNTICE TRAIN | 35.43 |
| BCCC | 5.45 |

| | CURRENT | FEDERAL WITHHOLDING TAX | F.I.C.A | STATE WITHHOLDING TAX | LOCAL WITHHOLDING TAX | TOTAL TAXES/DEDUCTIONS | NET AMOUNT |
|---|---|---|---|---|---|---|---|
| CURRENT | 3,564.47 | 256.40 | 203.87 | 159.22 | 19.18 | 638.67 | ***2,022.72 |
| YEAR TO DATE | 33,393.75 | 2,608.95 | 2,554.64 | 1,777.09 | 287.66 | 903.08 | |
| | TAXABLE GROSS EARNINGS | | | | | | |

Jul 05 09 09:43p    TERRA & EDWARD NAVARRETE    9519284826    p.6

## AMES CONSTRUCTION, INC.

| CO. | DIV. | EMPLOYEE NUMBER/NAME | | | STATE TAXED | PERIOD END DATE | DEPT./LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 01 | 000 | 17630 | EDWARD MATTHEW NAVARRETE | | CA | 05/02/2009 | 080501 | 464764 |

### EARNINGS

| DESCRIPTION | HOURS | RATE | AMOUNT |
|---|---|---|---|
| REGULAR HOURS | 40.00 | 40.670 | 1,626.80 |
| OVERTIME HOURS | 14.50 | 61.005 | 884.59 |
| NON-TAX TRAVEL | | | 150.00 |
| BENEFITS | | | 903.08 |

### DEDUCTIONS/BENEFITS

| DESCRIPTION | AMOUNT |
|---|---|
| PENSION | 275.23 |
| HEALTH/WELFARE | 433.28 |
| VACATION/SUPPLM | 153.69 |
| APPRNTICE TRAIN | 35.43 |
| ECCC | 5.45 |

| | | | | | | |
|---|---|---|---|---|---|---|
| CURRENT | 3,564.47 | 256.40 | 203.87 | 159.22 | 19.18 | 638.67 | NET AMOUNT |
| YEAR TO DATE | 30,728.67 | 2,352.55 | 2,350.77 | 1,617.87 | 268.48 | 903.08 | ***2,022.72 |
| | TAXABLE GROSS EARNINGS | FEDERAL WITHHOLDING TAX | F.I.C.A | STATE WITHHOLDING TAX | LOCAL WITHHOLDING TAX | TOTAL TAXES/DEDUCTIONS | |



Jul 06 09 07:43p    TERRA & EDWARD NAVARRETE    9519284826    p.1

24990  T. NAVARRETE    SSA#    / WEEK PAID    05-30-09    $90.00
       CLAIM EXPIRES    01-16-10                06-06-09    $90.00

YOUR CLAIM BALANCE AFTER THIS PAYMENT IS    $630.00
UNEMPLOYMENT COMPENSATION IS TAXABLE. A QUESTION ON THE CLAIM FORM ALLOWS YOU TO REQUEST
FEDERAL INCOME TAX WITHHOLDING AT 10% OF YOUR PAYABLE AMOUNT. YOU MAKE A NEW WITHHOLDING
CHOICE ON EACH CLAIM FORM YOU SUBMIT.
THE ATTACHED CHECK INCLUDES A FEDERAL STIMULUS PAYMENT.

ALLOW 10 DAYS FOR DELIVERY OF CHECK.    DETACH THIS STUB FOR YOUR RECORD

55715575

Gregory J. Doan, SBN 165174
Doan Law Firm, LLP
25401 Cabot Road, Suite 119
Laguna Hills, CA 92653

Tel    (949) 472-0593
Fax    (949) 472-5441

Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

Re:

Edward & Terra Navarrete,

Debtor(s).

Case No.: RS09-25465RN

DECLARATION OF DEBTOR UNDER PENALTY OF PERJURY CONCERNING DEBTORS

I, STEPHANIE COMO, am the employed at the Doan Law Firm, LLP and I hereby declare under penalty of perjury under the Laws of the United States of America and State of California that the following is true and correct to the best of my knowledge:

1. On July 9, 2009, Doan Law Firm filed the above referenced case. At that time, ECF/Pacer was temporarily out of commission, and therefore this case was manually filed at the Riverside Court House.

2. At that time, there apparently was a deficiency listed as "Cert. of Credit Counseling and the Debtor Certification of Employment Income" which was due by July 24, 2009.

3. Through error, I was not aware of this deficiency until August 13, 2009 at which point I immediately filed both the Certificate of Credit Counseling and the Debtor's Certification of Employment Income and considered the deficiency corrected.

Declaration of Regarding Debtors - 1

4. There was however a misinterpretation in the language as I filed the actual Certificate of Employment income and failed to realize that the proof of income for the 60 day period prior to the filing date needed to be attached as well.

5. In my experience, if the proof of income is deficient, it is distinguished between the Certificate of Employment Income, which in this case it was not

6. This error resulted in Doan Law Firm's failure to correct the deficiency and the eventual dismissal of this case.

7. Please understand this is the exception and not the normal outcome of our cases and I apologize for my error and any errors that contributed to this result

Dated: 12/11/09

_____
Stephanie Como

Declaration of Regarding Debtors - 2